**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - Eastern Division

| | |
|---|---|
| LETICIA SANDOVAL, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>LOAN STAR FUNDING, ET AL., <br><br>　　　　　　Defendants. | Case No. ED CV 09-00602-SGL(FMOx) <br><br> **ORDER OF DISMISSAL** |

　　　THE COURT having ordered the plaintiff to show cause in writing, not later than June 19, 2009, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

　　　THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure Rule 41.

　　　The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated:　June 25, 2009

　　　　　　　　　　　　　　　　　　　　　　　STEPHEN G. LARSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

s:\sgl\crd's forms\3-ord-dism-re osc.frm